**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1285

KEYDY BETZABE VASQUEZ-CASTRO; K.K.L.V,

Petitioners,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 20, 2023                    Decided:  November 1, 2023

Before WYNN, RUSHING, and HEYTENS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:**  Joseph A. Devamithran, LAW OFFICE OF JOSEPH A. DEVAMITHRAN, Woodbridge, Virginia, for Petitioners.  Brian M. Boynton, Principal Deputy Assistant Attorney General, Anthony C. Payne, Assistant Director, Jeffery R. Leist, Senior Litigation Counsel, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keydy Betzabe Vasquez-Castro and her minor son, natives and citizens of Honduras, petition for review of an order of the Board of Immigration Appeals ("Board") dismissing their appeal from the immigration judge's ("IJ") decision denying Vasquez-Castro's applications for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT").[*]  We deny the petition for review.

We have reviewed the administrative record, including the transcript of the merits hearing and all supporting evidence, and considered the arguments pressed on appeal in conjunction with the record and the relevant authorities.  We first conclude that the record evidence does not compel a ruling contrary to any of the agency's factual findings, *see* 8 U.S.C. § 1252(b)(4)(B), and that substantial evidence supports the IJ's adverse credibility finding, *Munyakazi v. Lynch*, 829 F.3d 291, 298 (4th Cir. 2016) (stating standard of review).  The asylum applicant's credibility is "often paramount," and an adverse credibility finding "generally dooms an asylum claim[.]"  *Herrera-Alcala v. Garland*, 39 F.4th 233, 245 (4th Cir. 2022).  With regard to the denial of Vasquez-Castro's application for CAT relief, we conclude that substantial evidence supports the relevant factual findings and the agency committed no legal error.  *See Ibarra Chevez v. Garland*, 31 F.4th 279, 288 (4th Cir. 2022) (stating standard of review).

---

[*] Vasquez-Castro's son was a derivative asylum applicant.  *See* 8 U.S.C. § 1158(b)(3)(A).

2

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*